1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Munoz-Ortega

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )  Case No. 08mj2055
                                     )
12 |        Plaintiff,                )
                                     )
13 | v.                               )
                                     )  **NOTICE OF APPEARANCE**
14 | **REYMUNDO MUNOZ-ORTEGA,**       )
                                     )
15 |        Defendant.                )
                                     )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                          Respectfully submitted,

21 Dated: July 10, 2008                      s/ *James M. Chavez*
                                             Federal Defenders of San Diego, Inc.
22                                           *james_chavez@fd.org*

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Munoz-Ortega

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   Case No. 08mj2055
                                      )
12          Plaintiff,                )
                                      )
13 v.                                 )   **PROOF OF SERVICE**
                                      )
14 **REYMUNDO MUNOZ-ORTEGA**,         )
                                      )
15          Defendant.                )
                                      )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20         **UNITED STATES ATTORNEY**
           efile.dkt.gc1@usdoj.gov,
21

22 Dated: July 1, 2008                        _s/ James M. Chavez_
                                              JAMES M. CHAVEZ
23                                            Federal Defenders of San Diego, Inc.,
                                              225 Broadway, Suite 900
24                                            San Diego, CA 92101-5030
                                              (619) 234-8467  (tel)
25                                            (619) 687-2666  (fax)
                                              e-mail: james_chavez@fd.org
26

27

28